

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/16/2017

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENON ENERGY, INC., *et al.*,[1] | ) | Case No. 17-33695 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 16** |

### ORDER (I) AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED LIST OF CREDITORS AND A CONSOLIDATED LIST OF THE 50 LARGEST UNSECURED CREDITORS, (II) AUTHORIZING THE DEBTORS TO REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION, AND (III) APPROVING THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THESE CHAPTER 11 CASES AND OTHER INFORMATION

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091). The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") authorizing the Debtors to file a consolidated creditor matrix and list of the 50 largest general unsecured creditors in lieu of submitting separate mailing matrices and creditor lists for each Debtor, authorizing the Debtors to redact certain personal identification information, and approving the form and manner of notice of commencement of these chapter 11 cases and the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1. The Debtors are authorized to file a single consolidated Creditor Matrix for all of these chapter 11 cases.

2. The Debtors are authorized to file a consolidated Top 50 List.

3. The Debtors are authorized to redact address information of employees listed on the Creditor Matrix; *provided*, that the Debtors shall provide an unredacted version of the Creditor Matrix to the Court, the U.S. Trustee, and any official committee of unsecured creditors appointed in these chapter 11 cases.

4. The Debtors are authorized to serve the Notice of Commencement, substantially in the form attached hereto as **Exhibit 1**, on the Creditor Matrix. Service of the Notice of Commencement shall be deemed adequate and sufficient notice of: (a) the commencement of these chapter 11 cases; and (b) the scheduling of the meeting of creditors under section 341 of the Bankruptcy Code.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules for the Southern District of Texas are satisfied by such notice.

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: \_\_6-15\_\_, 2017
Houston, Texas

United States Bankruptcy Judge

# Exhibit 1

## Proposed Notice of Commencement

**Information to identify the case:**

Debtors:     GenOn Energy, Inc. *et. al.*                                    EIN: 76-0655566

United States Bankruptcy Court for the Southern District of Texas

Case Numbers: 17-33695 (DRJ)

Official Form 309F (For Corporations or Partnerships)

Notice of Chapter 11 Bankruptcy Case                                         12/15

---

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

1.  Debtors' full name: <u>See chart below</u>.

    List of Jointly Administered Cases

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 1. | GenOn Energy, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33695 | 76-0655566 |
| 2. | GenOn Americas Generation, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33696 | 51-0390520 |
| 3. | GenOn Americas Procurement, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33694 | 58-2588980 |
| 4. | GenOn Asset Management, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33697 | 46-0471966 |
| 5. | GenOn Capital Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33698 | 51-0410053 |
| 6. | GenOn Energy Holdings, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33699 | 20-3538156 |
| 7. | GenOn Energy Management, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33700 | 52-2321163 |
| 8. | GenOn Energy Services, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33701 | 56-2368220 |
| 9. | GenOn Fund 2001 LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33702 | 22-3850936 |
| 10. | GenOn Mid-Atlantic Development, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33703 | 58-2619458 |
| 11. | GenOn Power Operating Services MidWest, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33704 | 52-2203718 |
| 12. | GenOn Special Procurement, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33705 | 58-2628316 |
| 13. | Hudson Valley Gas Corporation | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33706 | 13-4133279 |
| 14. | Mirant Asia-Pacific Ventures, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33707 | 58-2271770 |

Official Form 309F (For Corporations or Partnerships)                        Notice of Chapter 11 Bankruptcy Case

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 15. | Mirant Intellectual Asset Management and Marketing, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33708 | 01-0713248 |
| 16. | Mirant International Investments, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33709 | 58-2221577 |
| 17. | Mirant New York Services, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33710 | N/A |
| 18. | Mirant Power Purchase, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33711 | 90-0008747 |
| 19. | Mirant Wrightsville Investments, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33712 | 58-2565073 |
| 20. | Mirant Wrightsville Management, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33713 | 58-2565102 |
| 21. | MNA Finance Corp. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33714 | 20-3958481 |
| 22. | NRG Americas, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33715 | 58-2042323 |
| 23. | NRG Bowline LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33716 | 58-2439347 |
| 24. | NRG California North LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33717 | 58-2439965 |
| 25. | NRG California South GP LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33718 | 27-4426730 |
| 26. | NRG California South LP | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33719 | 27-4427014 |
| 27. | NRG Canal LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33720 | 58-2415569 |
| 28. | NRG Delta LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33721 | 58-2441669 |
| 29. | NRG Florida GP, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33722 | 27-4426639 |
| 30. | NRG Florida LP | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33723 | 74-2931711 |
| 31. | NRG Lovett Development I LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33724 | 35-2486327 |
| 32. | NRG Lovett LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33725 | 58-2439345 |
| 33. | NRG New York LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33726 | 26-0870144 |
| 34. | NRG North America LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33727 | 20-4514609 |
| 35. | NRG Northeast Generation, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33728 | 76-0639817 |
| 36. | NRG Northeast Holdings, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33759 | 51-0399148 |
| 37. | NRG Potrero LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33729 | 58-2441671 |
| 38. | NRG Power Generation Assets LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33730 | 27-4426390 |
| 39. | NRG Power Generation LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33731 | 27-4426207 |
| 40. | NRG Power Midwest GP LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33732 | 27-4426833 |
| 41. | NRG Power Midwest LP | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33733 | 52-2201498 |
| 42. | NRG Sabine (Delaware), Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33734 | 52-2067701 |
| 43. | NRG Sabine (Texas), Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33735 | 76-0555452 |
| 44. | NRG San Gabriel Power Generation LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33736 | 38-3770370 |
| 45. | NRG Tank Farm LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33737 | 26-1805302 |
| 46. | NRG Wholesale Generation GP LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33738 | 27-4426495 |
| 47. | NRG Wholesale Generation LP | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33739 | 20-1253947 |
| 48. | NRG Willow Pass LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33740 | 26-2791987 |

| NO. | DEBTOR | ADDRESS | CASE NO. | EIN # |
|---|---|---|---|---|
| 49. | Orion Power New York GP, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33741 | 52-2124975 |
| 50. | Orion Power New York LP, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33742 | 52-2124976 |
| 51. | Orion Power New York, L.P. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33743 | 52-2179521 |
| 52. | RRI Energy Broadband, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33744 | 76-0655569 |
| 53. | RRI Energy Channelview (Delaware) LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33745 | 52-2189717 |
| 54. | RRI Energy Channelview (Texas) LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33746 | 76-0615622 |
| 55. | RRI Energy Channelview LP | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33747 | 76-0615623 |
| 56. | RRI Energy Communications, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33693 | 76-0616444 |
| 57. | RRI Energy Services Channelview LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33748 | 76-0615620 |
| 58. | RRI Energy Services Desert Basin, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33749 | 76-0625991 |
| 59. | RRI Energy Services, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33750 | 72-1183055 |
| 60. | RRI Energy Solutions East, LLC | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33751 | 46-0471978 |
| 61. | RRI Energy Trading Exchange, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33752 | 76-0642320 |
| 62. | RRI Energy Ventures, Inc. | 804 Carnegie Center, Princeton, New Jersey 08540 | 17-33753 | 76-0387091 |

2. All other names used in the last 8 years: <u>See Rider 1</u>.

3. Address: <u>See chart above</u>.

4. Debtors' attorneys

| | |
|---|---|
| James H.M. Sprayregen, P.C. (*pro hac vice* admission pending)<br>David R. Seligman, P.C. (*pro hac vice* admission pending)<br>Steven N. Serajeddini (*pro hac vice* admission pending)<br>W. Benjamin Winger (*pro hac vice* admission pending)<br>Christopher M. Hayes (*pro hac vice* admission pending)<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:     james.sprayregen@kirkland.com<br>            david.seligman@kirkland.com<br>            steven.serajeddini@kirkland.com<br>            benjamin.winger@kirkland.com<br>            christopher.hayes@kirkland.com<br><br>-and-<br><br>AnnElyse Scarlett Gibbons (*pro hac vice* admission pending)<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:     annelyse.gibbons@kirkland.com | Zack A. Clement (TX Bar No. 04361550)<br>ZACK A. CLEMENT PLLC<br>3753 Drummond Street<br>Houston, Texas 77025<br>Telephone:     (832) 274-7629<br>Email:     zack.clement@icloud.com<br><br><u>Debtors' notice and claims agent (for court documents and case information inquiries)</u>:<br><br>**If by First-Class Mail:**<br>GenOn Energy, Inc.<br>Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>P.O. Box 4419<br>Beaverton, OR 97076-4419<br><br>**If by Hand Delivery or Overnight Mail:**<br>GenOn Energy, Inc.<br>Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005<br><br>U.S. toll-free: 888-729-1597<br>International: 503-597-5606<br>Email: GenOn@epiqsystems.com<br>Case website: http://dm.epiq11.com/GenOn |

Official Form 309F (For Corporations or Partnerships)                              Notice of Chapter 11 Bankruptcy Case

5.

| | | |
|---|---|---|
| **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **United States Courthouse** 515 Rusk Avenue Houston, Texas 77002 All documents in this case are available free of charge on the website of the Debtors' notice and claims agent at http://dm.epiq11.com/GenOn | **Hours open: Monday – Friday** 8:00 AM – 5:00 PM Contact phone: 713-250-5500 |

6.

| | | |
|---|---|---|
| **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **Time and Date To be Determined** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** [____] [____] |

7. **Proof of claim deadline**

**Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- Your claim is designated as disputed, contingent or unliquidated;
- You file a proof of claim in a different amount; or
- You receive another notice

If your claim is not scheduled or if your claim is designated as disputed, contingent, or unliquidated, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

8. **Exception to discharge deadline**

| | |
|---|---|
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | You must start a judicial proceeding by filing a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 1141(d)(6)(A). **Deadline for filing the complaint: To be Determined** |

9. **Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

10. **Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

11. **Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

Official Form 309F (For Corporations or Partnerships)                                    Notice of Chapter 11 Bankruptcy Case

## Rider 1

### Other Names Used in the Last 8 Years

| Current Entity Name | Former Names |
|---|---|
| GenOn Energy, Inc. | RRI Energy, Inc. |
| GenOn Americas Generation, LLC | Mirant Americas Generation, LLC |
| GenOn Americas Procurement, Inc. | Mirant Americas Procurement, Inc. |
| GenOn Asset Management, LLC | RRI Energy Asset Management, LLC |
| GenOn Capital Inc. | Mirant Capital, Inc. |
| GenOn Energy Holdings, Inc. | Mirant Corporation |
| GenOn Energy Management, LLC | Mirant Energy Trading, LLC |
| GenOn Energy Services, LLC | RRI Energy Corporate Services, LLC |
| GenOn Fund 2001 LLC | Mirant Fund 2001, LLC |
| GenOn Mid-Atlantic Development, LLC | GenOn PJM Development, LLC |
| | Mirant Dickerson Development, LLC |
| GenOn Power Operating Services Midwest, Inc. | Orion Power Operating Services Midwest, Inc. |
| GenOn Special Procurement, Inc. | Mirant Special Procurement, Inc. |
| NRG Americas, Inc. | GenOn Americas, Inc. |
| | Mirant Americas, Inc. |
| NRG Bowline LLC | GenOn Bowline, LLC |
| | Mirant Bowline, LLC |
| NRG California North LLC | GenOn California North, LLC |
| | Mirant California, LLC |
| NRG California South GP LLC | GenOn West GP, LLC |
| NRG California South LP | GenOn West, LP |
| NRG Canal LLC | GenOn Canal, LLC |
| | Mirant Canal, LLC |
| NRG Delta LLC | GenOn Delta, LLC |
| | Mirant Delta, LLC |
| NRG Florida GP, LLC | GenOn Florida GP, LLC |
| NRG Florida LP | GenOn Florida, LP |
| | RRI Energy Florida, LLC |
| NRG Lovett LLC | GenOn Lovett, LLC |
| | Mirant Lovett, LLC |
| NRG New York, LLC | GenOn New York, LLC |
| | Mirant New York, LLC |
| NRG North America LLC | GenOn North America, LLC |
| | Mirant North America, LLC |
| NRG Northeast Generation, Inc. | GenOn Northeast Generation, Inc. |
| | RRI Energy Northeast Generation, Inc. |
| NRG Northeast Holdings, Inc. | GenOn Northeast Holdings, Inc. |
| | RRI Energy Northeast Holdings, Inc. |
| NRG Potrero LLC | GenOn Potrero, LLC |
| | Mirant Potrero, LLC |
| NRG Power Generation Assets LLC | GenOn Power Generation Assets, LLC |
| NRG Power Generation LLC | Genon Power Generation, LLC |
| NRG Power Midwest GP LLC | GenOn Power Midwest GP, LLC |
| NRG Power Midwest LP | GenOn Power Midwest, LP |
| | Orion Power Midwest, L.P. |
| NRG Sabine (Delaware), Inc. | GenOn Sabine (Delaware), Inc. |
| | RRI Energy Sabine (Delaware), Inc. |
| NRG Sabine (Texas), Inc. | GenOn Sabine (Texas), Inc. |
| | RRI Energy Sabine (Texas), Inc. |
| NRG San Gabriel Power Generation LLC | San Gabriel Power Generation, LLC |
| NRG Tank Farm LLC | GenOn Tank Farm, LLC |
| | Mirant Tank Farm, LLC |
| NRG Wholesale Generation GP LLC | GenOn Wholesale Generation GP, LLC |
| NRG Wholesale Generation LP | GenOn Wholesale Generation, LP |
| | RRI Energy Wholesale Generation, LLC |
| NRG Willow Pass LLC | GenOn Willow Pass, LLC |
| | Mirant Willow Pass, LLC |
| RRI Energy Services, LLC | RRI Energy Services, Inc. |