UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 17-33695 |
|---|---|---|---|
| Debtor | In Re: | Genon Energy, Inc. | |

This lawyer, who is admitted to the State Bar of _____ Texas _____:

| | |
|---|---|
| Name | Sheldon S. Toll |
| Firm | Law Office of Sheldon S. Toll PLLC |
| Street | 29580 Northwestern Hwy., Ste. 1000 |
| City & Zip Code | Southfield, MI 48034 |
| Telephone | 248-797-9111 |
| Licensed: State & Number | Texas #20107080 |

*FILED*
JUL 24 2017
David J. Bradley, Clerk of Court

MI - P21490

Seeks to appear as the attorney for this party:

| Mar-Bow Value Partners, LLC |
|---|
| Dated: 7-21-2017 | Signed: /s/ |

COURT USE ONLY: The applicant's state bar reports their status as: _active_.

Dated: 7/24/17     Signed: _____ Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                United States Bankruptcy Judge