**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENON ENERGY, INC., *et al.*,[1] | ) ) | Case No. 17-33695 (DRJ) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: Docket Nos. 141, 142, 143, 238, 302, 479** |

**NOTICE OF (A) DISCLOSURE STATEMENT HEARING AND
(B) HEARING ON APPROVAL OF THE OFFERING PROCEDURES MOTION**

**PLEASE TAKE NOTICE** that on June 29, 2017, GenOn Energy, Inc., *et al.*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed (a) the *Joint Chapter 11 Plan of Reorganization of GenOn Energy, Inc. and Its Debtor Affiliates* [Docket No. 141] (together with all exhibits thereto and as amended, modified or supplemented from time to time, the "Plan");[2] (b) the *Disclosure Statement for the Joint Chapter 11 Plan of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091). The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

[2] Unless otherwise defined herein, all capitalized terms shall have the respective meanings ascribed to them in the Plan, Disclosure Statement, or Disclosure Statement Motion, as applicable.

KE 48306568

*Reorganization of GenOn Energy, Inc. and Its Debtor Affiliates* [Docket No. 142] (as it may be amended from time to time and together with all exhibits thereto, the "Disclosure Statement"); and (c) the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection therewith, (IV) Scheduling Certain Dates with Respect thereto, and (V) Granting Related Relief* [Docket No. 143] (the "Disclosure Statement Motion") with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on June 29, 2017, the Debtors filed the *Notice of (A) Disclosure Statement Hearing and (B) Deadline for Filing Objections to Approval of the Disclosure Statement and Disclosure Statement Motion* [Docket No. 144] (the "Notice of the Disclosure Statement Hearing"). Pursuant to the Notice of the Disclosure Statement Hearing, the hearing to consider the relief requested in the Disclosure Statement Motion, including approval of the Disclosure Statement, was scheduled for August 3, 2017, at 2:30 p.m., prevailing Central Time (the "Disclosure Statement Hearing").

**PLEASE TAKE FURTHER NOTICE** that on July 13, 2017, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Notes Offering Procedures and Related Forms, (II) Authorizing the Debtors to Pay the Reasonable Documented Fees and Expenses of the Noteholder Advisors, and (III) Granting Related Relief* [Docket No. 238] (the "Offering Procedures Motion"), which motion also was scheduled to be heard at the Disclosure Statement Hearing.

**PLEASE TAKE FURTHER NOTICE** on July 28, 2017, the Debtors adjourned the Disclosure Statement Hearing and the hearing on the approval of the Offering Procedures Motion to August 9, 2017 [Docket No. 302].

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2017, the Debtors further adjourned the Disclosure Statement Hearing and the hearing on the approval of the Offering Procedures Motion to a date to be determined [Docket No. 479].

**PLEASE TAKE FURTHER NOTICE** the Disclosure Statement Hearing and the hearing on the approval of the Offering Procedures Motion will be held on **October 3, 2017, at 10:00 a.m., prevailing Central Time**, before the Honorable David R. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002. All related objection deadlines remain unchanged unless otherwise agreed by the Debtors. The Disclosure Statement Hearing and hearing on the Offering Procedures Motion may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Plan, the Disclosure Statement, the Disclosure Statement Motion, the Offering Procedures Motion, or any related documents, you should contact Epiq Bankruptcy Solutions, LLC, the Solicitation Agent retained by the Debtors in the chapter 11 cases (the "Solicitation Agent"), by: (a) calling the Debtors' restructuring hotline at (888) 729-1597, within the U.S. or Canada, or

+1 503-597-5606 outside of the U.S. or Canada; (b) visiting the Debtors' restructuring website at: http://dm.epiq11.com/genon; (c) writing to Solicitation Agent, Attn: GenOn Solicitation, c/o Epiq Bankruptcy Solutions, LLC, 777 Third Avenue, 12th Floor, New York, New York 10017; and/or (d) emailing tabulation@epiqsystems.com and referencing "GenOn" in the subject line.  You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov.

| | |
|---|---|
| Dated:  August 10, 2017<br>Houston, Texas | */s/ Zack A. Clement*<br>Zack A. Clement (Texas Bar No. 04361550)<br>**ZACK A. CLEMENT PLLC**<br>3753 Drummond Street<br>Houston, Texas 77025<br>Telephone:     (832) 274-7629<br>Email:            zack.clement@icloud.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>Christopher M. Hayes (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            james.sprayregen@kirkland.com<br>                      david.seligman@kirkland.com<br>                      steven.serajeddini@kirkland.com<br>                      benjamin.winger@kirkland.com<br>                      christopher.hayes@kirkland.com<br><br>-and-<br><br>AnnElyse Scarlett Gibbons (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            annelyse.gibbons@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on August 10, 2017, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Zack A. Clement*
                                                  One of Counsel