**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, TX 77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **GENON ENERGY, INC.,** *et al.,* | § | **17-33695 (DRJ)** |
| | § | **(Chapter 11)** |
| | § | |
| **DEBTORS[1]** | § | **(Jointly Administered)** |

**REPORT OF THE UNITED STATES TRUSTEE OF**
**INABILITY TO APPOINT A CREDITORS' COMMITTEE**

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091).  The Debtors' service address is:  804 Carnegie Center, Princeton, New Jersey 08540.

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for Region 7, by and through the undersigned counsel, who respectfully represents as follows:

1.      On June 14, 2017, the Debtors filed voluntary petitions seeking relief under chapter 11 of the Bankruptcy Code.

2.      The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims pursuant to 11 U.S.C. § 1102(a)(1).

3.      The United States Trustee has attempted to solicit creditors interested in serving on a creditors' committee from the list of creditors holding the fifty largest unsecured claims. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest to form a creditors' committee.

4.      The first meeting of creditors was held after notice to all creditors.  An insufficient number of unsecured creditors appeared at said meeting to form a creditors' committee.

THEREFORE, the United States Trustee has been unable to appoint a creditors' committee as contemplated by 11 U.S.C. § 1102.

Dated: August 15, 2017                    Respectfully Submitted,

                                          JUDY A. ROBBINS
                                          UNITED STATES TRUSTEE

                                          By:     /s/ Hector Duran
                                                  Hector Duran
                                                  Texas Bar No. 00783996/Fed. ID No. 15243
                                                  515 Rusk, Suite 3516
                                                  Houston, TX 77002
                                                  Telephone:  (713) 718-4650 x 241
                                                  Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all PACER System participants by United States Mail, first class, postage prepaid, or by ECF transmission, on the 15th day of August, 2017.

                                          /s/ Hector Duran
                                          Hector Duran