# Exhibit F

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Shubi Arora, P.C. | Partner | Corporate | 2011 | $75,369.00 | 58.20 | N/A | $1,295.00 | $1,295.00 | $75,369.00 |
| Andrew Calder, P.C. | Partner | Corporate | 2003 | $103,250.00 | 70.00 | N/A | $1,475.00 | $1,475.00 | $103,250.00 |
| Stephen C Hackney, P.C. | Partner | Litigation | 1997 | $319,480.00 | 260.80 | N/A | $1,225.00 | $1,225.00 | $319,480.00 |
| William A Levy, P.C. | Partner | Taxation | 1988 | $712.50 | 0.50 | N/A | $1,425.00 | $1,425.00 | $712.50 |
| Roger S Lucas | Partner | Taxation | 1993 | $73,047.50 | 47.90 | N/A | $1,525.00 | $1,525.00 | $73,047.50 |
| Mario Mancuso, P.C. | Partner | International Trade | 1997 | $737.50 | 0.50 | N/A | $1,475.00 | $1,475.00 | $737.50 |
| Andres C Mena, P.C. | Partner | Corporate | 2001 | $144,917.50 | 118.30 | N/A | $1,225.00 | $1,225.00 | $144,917.50 |
| Gerald T Nowak, P.C. | Partner | Corporate | 1993 | $42,775.00 | 29.00 | N/A | $1,475.00 | $1,475.00 | $42,775.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | $2,802.50 | 1.90 | N/A | $1,475.00 | $1,475.00 | $2,802.50 |
| Anna G Rotman, P.C. | Partner | Litigation | 2004 | $293,813.00 | 252.20 | N/A | $1,165.00 | $1,165.00 | $293,813.00 |
| David Seligman, P.C. | Partner | Restructuring | 1996 | $792,870.00 | 556.40 | N/A | $1,425.00 | $1,410.00 | $784,524.00 |
| William E Arnault, IV | Partner | Litigation | 2009 | $223,976.50 | 232.10 | N/A | $965.00 | $965.00 | $223,976.50 |
| Jamie A Aycock | Partner | Litigation | 2005 | $244,032.00 | 262.40 | N/A | $930.00 | $930.00 | $244,032.00 |
| Marin K Boney | Partner | Litigation | 2008 | $2,089.50 | 2.10 | N/A | $995.00 | $995.00 | $2,089.50 |
| John G Caruso | Partner | Real Estate | 1992 | $1,792.50 | 1.50 | N/A | $1,195.00 | $1,195.00 | $1,792.50 |
| Jeanne T Cohn-Connor | Partner | Environmental | 1985 | $32,465.00 | 30.20 | N/A | $1,075.00 | $1,075.00 | $32,465.00 |
| Michael Fisherman | Partner | Corporate | 2010 | $796.00 | 0.80 | N/A | $995.00 | $995.00 | $796.00 |
| Stefanie I Gitler | Partner | Environmental | 2009 | $85,271.50 | 85.70 | N/A | $995.00 | $995.00 | $85,271.50 |
| Scott J Gordon | Partner | Corporate | 1995 | $1,794.00 | 1.20 | N/A | $1,495.00 | $1,495.00 | $1,794.00 |
| William Helmstetter | Partner | Intellectual Property | 2003 | $35,086.50 | 33.90 | N/A | $1,035.00 | $1,035.00 | $35,086.50 |
| Erik Hepler | Partner | Corporate | 1990 | $478.00 | 0.40 | N/A | $1,195.00 | $1,195.00 | $478.00 |
| Kim Hicks | Partner | Corporate | 2009 | $295,596.00 | 285.60 | N/A | $1,035.00 | $1,035.00 | $295,596.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Edward B Holzwanger | Partner | Labor and Employment | 2004 | $9,135.00 | 9.00 | N/A | $1,015.00 | $1,015.00 | $9,135.00 |
| Ellen M Jakovic | Partner | Litigation | 1985 | $4,851.00 | 4.20 | N/A | $1,155.00 | $1,155.00 | $4,851.00 |
| Gregg G Kirchhoefer, P.C. | Partner | Intellectual Property | 1982 | $281,792.00 | 217.60 | N/A | $1,295.00 | $1,295.00 | $281,792.00 |
| Daniel Lewis | Partner | Intellectual Property | 2008 | $239,590.50 | 227.10 | N/A | $1,055.00 | $1,055.00 | $239,590.50 |
| Martin R Martos, II | Partner | Litigation | 2010 | $3,813.00 | 4.10 | N/A | $930.00 | $930.00 | $3,813.00 |
| Samuel C Peca | Partner | Corporate | 2011 | $92,933.00 | 93.40 | N/A | $995.00 | $995.00 | $92,933.00 |
| Jennifer Pepin | Partner | Executive Compensation | 2009 | $12,316.50 | 11.90 | N/A | $1,035.00 | $1,035.00 | $12,316.50 |
| William T Pruitt | Partner | Litigation | 2004 | $812.00 | 0.80 | N/A | $1,015.00 | $1,015.00 | $812.00 |
| Jeffrey Rheeling | Partner | Real Estate | 1997 | $37,887.00 | 34.60 | N/A | $1,095.00 | $1,095.00 | $37,887.00 |
| Steven Serajeddini | Partner | Restructuring | 2010 | $327,714.50 | 281.30 | N/A | $1,165.00 | $1,035.00 | $291,145.50 |
| Anthony Sexton | Partner | Taxation | 2011 | $63,648.00 | 61.20 | N/A | $1,040.00 | $1,015.00 | $62,118.00 |
| Jennifer Sheehan | Partner | Real Estate | 2009 | $1,266.00 | 1.20 | N/A | $1,055.00 | $1,055.00 | $1,266.00 |
| Christine Strumpen-Darrie | Partner | Corporate | 2003 | $975.00 | 1.00 | N/A | $975.00 | $975.00 | $975.00 |
| Paul D Tanaka | Partner | Environmental | 2003 | $1,259.50 | 1.10 | N/A | $1,145.00 | $1,145.00 | $1,259.50 |
| Walter B Winger | Partner | Restructuring | 2010 | $468,247.00 | 470.60 | N/A | $995.00 | $955.00 | $449,423.00 |
| Paul Zier | Partner | Corporate | 2000 | $79,120.00 | 73.60 | N/A | $1,075.00 | $1,075.00 | $79,120.00 |
| Jack N Bernstein | Of Counsel | Employee Benefits | 1995 | $325,040.00 | 272.00 | N/A | $1,195.00 | $1,195.00 | $325,040.00 |
| John S Irving, Jr. | Of Counsel | Labor and Employment | 1965 | $343.50 | 0.30 | N/A | $1,145.00 | $1,145.00 | $343.50 |
| Mark Adler | Associate | Corporate | 2013 | $44,254.50 | 48.90 | N/A | $905.00 | $835.00 | $40,831.50 |
| Devin S Anderson | Associate | Litigation | 2012 | $8,688.00 | 9.60 | N/A | $905.00 | $845.00 | $8,112.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Brandon Bishoff | Associate | Corporate | 2015 | $61,887.00 | 84.20 | N/A | $735.00 | $645.00 | $54,309.00 |
| Alexander Burdulia | Associate | Corporate | Pending | $24,253.50 | 43.70 | N/A | $555.00 | $555.00 | $24,253.50 |
| Daniel Cadis | Associate | Corporate | 2017 | $70,707.00 | 127.40 | N/A | $555.00 | $555.00 | $70,707.00 |
| Michael L. Cerankowski | Associate | Corporate | 2015 | $25,133.50 | 30.10 | N/A | $835.00 | $735.00 | $22,123.50 |
| Matthew Colman | Associate | Intellectual Property | 2009 | $127,874.50 | 133.90 | N/A | $955.00 | $955.00 | $127,874.50 |
| Benjamin Cooper | Associate | Litigation | 2015 | $1,087.50 | 1.50 | N/A | $725.00 | $630.00 | $945.00 |
| Ian Craig | Associate | Real Estate | 2014 | $1,900.50 | 2.10 | N/A | $905.00 | $835.00 | $1,753.50 |
| Gordon Cranner | Associate | Corporate | 2017 | $101,121.00 | 182.20 | N/A | $555.00 | $555.00 | $101,121.00 |
| Neda Davanipour | Associate | Restructuring | Pending | $1,998.00 | 3.60 | N/A | $555.00 | $555.00 | $1,998.00 |
| Marcelo de Antunano | Associate | Corporate | 2017 | $588.00 | 0.80 | N/A | $735.00 | $645.00 | $516.00 |
| Nicholas I. DeCoster | Associate | Intellectual Property | 2015 | $150,607.50 | 233.50 | N/A | $645.00 | $645.00 | $150,607.50 |
| James R. Dolphin, III | Associate | Environmental | 2015 | $93,847.50 | 145.50 | N/A | $645.00 | $555.00 | $80,752.50 |
| Tyler J. Dunphy | Associate | Corporate | 2017 | $499.50 | 0.90 | N/A | $555.00 | $555.00 | $499.50 |
| Jeremy Evans | Associate | Restructuring | 2013 | $198,062.00 | 237.20 | N/A | $835.00 | $735.00 | $174,342.00 |
| Jennifer R. Fernandez | Associate | International Trade | 2010 | $2,960.50 | 3.10 | N/A | $955.00 | $905.00 | $2,805.50 |
| AnnElyse Gibbons | Associate | Restructuring | 2014 | $403,539.50 | 445.90 | N/A | $905.00 | $835.00 | $372,326.50 |
| Gene Goldmintz | Associate | Restructuring | 2016 | $271,141.50 | 368.90 | N/A | $735.00 | $645.00 | $237,940.50 |
| Emmeline Hateley | Associate | Corporate | 2016 | $367.50 | 0.50 | N/A | $735.00 | $645.00 | $322.50 |
| Christopher Hayes | Associate | Restructuring | 2013 | $29,412.50 | 32.50 | N/A | $905.00 | $835.00 | $27,137.50 |
| Heidi Hockberger | Associate | Restructuring | 2017 | $107,170.50 | 193.10 | N/A | $555.00 | $555.00 | $107,170.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Emily K. Kehoe | Associate | Restructuring | 2014 | $128,613.00 | 199.40 | N/A | $645.00 | $645.00 | $128,613.00 |
| Jared Kelly | Associate | Corporate | 2013 | $56,019.50 | 61.90 | N/A | $905.00 | $835.00 | $51,686.50 |
| Demetre Klebaner | Associate | Taxation | 2016 | $24,140.00 | 35.50 | N/A | $680.00 | $560.00 | $19,880.00 |
| Fernanda M. Langa | Associate | Corporate | 2017 | $89,077.50 | 160.50 | N/A | $555.00 | $555.00 | $89,077.50 |
| Daniel Latona | Associate | Restructuring | 2016 | $167,958.00 | 260.40 | N/A | $645.00 | $555.00 | $144,522.00 |
| Juan P. Lopez | Associate | Corporate | 2016 | $78,754.50 | 122.10 | N/A | $645.00 | $645.00 | $78,754.50 |
| Jenna E. McCord | Associate | Corporate | 2017 | $116,217.00 | 209.40 | N/A | $555.00 | $555.00 | $116,217.00 |
| Rachael J. Morgan | Associate | Intellectual Property | 2015 | $128,709.00 | 158.90 | N/A | $810.00 | $810.00 | $128,709.00 |
| Laura C. Mulherin | Associate | Environmental | 2017 | $22,699.50 | 40.90 | N/A | $555.00 | $555.00 | $22,699.50 |
| Julia Onorato | Associate | Executive Compensation | 2014 | $8,597.50 | 9.50 | N/A | $905.00 | $905.00 | $8,597.50 |
| Jenny Pierce | Associate | Environmental | | $666.00 | 1.20 | N/A | $555.00 | $555.00 | $666.00 |
| Jeannie B. Poland | Associate | Corporate | 2013 | $190,955.00 | 211.00 | N/A | $905.00 | $835.00 | $176,185.00 |
| Carleigh T. Rodriguez | Associate | Environmental | 2013 | $127,876.50 | 141.30 | N/A | $905.00 | $835.00 | $117,985.50 |
| Alyssa B. Russell | Associate | Restructuring | 2015 | $226,894.50 | 308.70 | N/A | $735.00 | $645.00 | $199,111.50 |
| Brendan Ryan | Associate | Litigation | 2014 | $972.00 | 1.20 | N/A | $810.00 | $725.00 | $870.00 |
| Patrick J. Samper | Associate | Corporate | 2016 | $172,731.00 | 267.80 | N/A | $645.00 | $645.00 | $172,731.00 |
| Michael Saretsky | Associate | Environmental | 2015 | $62,959.00 | 75.40 | N/A | $835.00 | $735.00 | $55,419.00 |
| David Serna | Associate | Corporate | 2008 | $55,963.00 | 58.60 | N/A | $955.00 | $905.00 | $53,033.00 |
| Jeffrey J. Seroogy | Associate | Intellectual Property | 2014 | $29,400.00 | 40.00 | N/A | $735.00 | $645.00 | $25,800.00 |
| Ravi Shankar | Associate | Litigation | 2011 | $328,243.50 | 362.70 | N/A | $905.00 | $845.00 | $306,481.50 |
| Ahmed Sidik | Associate | Corporate | 2013 | $60,816.00 | 67.20 | N/A | $905.00 | $835.00 | $56,112.00 |
| Michelle S. Sliwinski | Associate | Environmental | 2016 | $9,223.50 | 14.30 | N/A | $645.00 | $555.00 | $7,936.50 |
| Allyson Smith | Associate | Restructuring | 2017 | $68,241.00 | 105.80 | N/A | $645.00 | $555.00 | $58,719.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Stella Tang | Associate | Corporate | 2015 | $213,076.50 | 289.90 | N/A | $735.00 | $735.00 | $213,076.50 |
| Scott Vail | Associate | Employee Benefits | 2016 | $1,032.00 | 1.60 | N/A | $645.00 | $555.00 | $888.00 |
| Anne G. Wallice | Associate | Restructuring | Pending | $218,503.50 | 393.70 | N/A | $555.00 | $555.00 | $218,503.50 |
| Michelle A. Williamson | Associate | Corporate | 2017 | $59,718.00 | 107.60 | N/A | $555.00 | $555.00 | $59,718.00 |
| Kenneth A. Young | Associate | Litigation | 2013 | $182,266.50 | 215.70 | N/A | $845.00 | $845.00 | $182,266.50 |
| David Zobell | Associate | Corporate | 2015 | $1,543.50 | 2.10 | N/A | $735.00 | $645.00 | $1,354.50 |
| **Totals for Attorneys** | | | | **$9,282,863.50** | **10350.00** | | | | **$8,962,689.00** |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Brian Flaherty | Paralegal | Intellectual Property | N/A | $2,448.50 | 8.30 | N/A | $295.00 | $295.00 | $2,448.50 |
| Beth Friedman | Paralegal | Restructuring | N/A | $294.00 | 0.70 | N/A | $420.00 | $420.00 | $294.00 |
| Melinda Jackson | Paralegal | Litigation | N/A | $56,197.50 | 190.50 | N/A | $295.00 | $295.00 | $56,197.50 |
| Paul Ketz | Paralegal | Litigation | N/A | $19,608.00 | 51.60 | N/A | $380.00 | $380.00 | $19,608.00 |
| Maureen McCarthy | Paralegal | Restructuring | N/A | $59,592.00 | 152.80 | N/A | $390.00 | $390.00 | $59,592.00 |
| Lauren Mitchell-Dawson | Paralegal | Environmental | N/A | $1,140.00 | 3.00 | N/A | $380.00 | $380.00 | $1,140.00 |
| Bella More | Paralegal | Litigation | N/A | $1,400.00 | 3.50 | N/A | $400.00 | $400.00 | $1,400.00 |
| Carrie Oppenheim | Paralegal | Restructuring | N/A | $228.00 | 0.60 | N/A | $380.00 | $380.00 | $228.00 |
| Henry Rosas | Paralegal | Corporate | N/A | $210.00 | 0.50 | N/A | $420.00 | $420.00 | $210.00 |
| Laurie L. Ruxton | Paralegal | Real Estate | N/A | $585.00 | 1.50 | N/A | $390.00 | $390.00 | $585.00 |
| Amanda Solis | Paralegal | Restructuring | N/A | $8,968.00 | 30.40 | N/A | $295.00 | $295.00 | $8,968.00 |
| Anthony C. Abate | Junior Paralegal | Restructuring | N/A | $5,088.00 | 21.20 | N/A | $240.00 | $240.00 | $5,088.00 |
| Julia M. Adams | Junior Paralegal | Intellectual Property | N/A | $30,024.00 | 125.10 | N/A | $240.00 | $240.00 | $30,024.00 |
| Ryan Besaw | Junior Paralegal | Restructuring | N/A | $29,424.00 | 122.60 | N/A | $240.00 | $240.00 | $29,424.00 |
| Julia Foster | Junior Paralegal | Restructuring | N/A | $8,688.00 | 36.20 | N/A | $240.00 | $240.00 | $8,688.00 |
| Eric Greenberg | Junior Paralegal | Litigation | N/A | $3,552.00 | 14.80 | N/A | $240.00 | $240.00 | $3,552.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | $330.00 | 1.50 | N/A | $220.00 | $220.00 | $330.00 |
| Millicent Marter | Junior Paralegal | Litigation | N/A | $240.00 | 1.00 | N/A | $240.00 | $240.00 | $240.00 |
| Daniel J. Varn | Junior Paralegal | Litigation | N/A | $15,048.00 | 62.70 | N/A | $240.00 | $240.00 | $15,048.00 |
| Rebecca L. Wallace | Junior Paralegal | International Trade | N/A | $1,541.00 | 6.70 | N/A | $230.00 | $230.00 | $1,541.00 |
| Cynthia D. Johnson | Practice Support Assistant | Environmental | N/A | $990.00 | 4.50 | N/A | $220.00 | $220.00 | $990.00 |
| Nancy L. Johnson | Practice Support Assistant | Litigation | N/A | $230.00 | 1.00 | N/A | $230.00 | $230.00 | $230.00 |
| Michael Y Chan | Conflicts Analyst I | Administrative Services | N/A | $3,990.00 | 19.00 | N/A | $210.00 | $210.00 | $3,990.00 |
| Stephen P. Garoutte | Conflicts Analyst Supervisor | Administrative Services | N/A | $795.00 | 3.00 | N/A | $265.00 | $265.00 | $795.00 |
| Allison Graybill | Conflicts Coordinator | Administrative Services | N/A | $4,637.50 | 17.50 | N/A | $265.00 | $265.00 | $4,637.50 |
| Kenneth Sampson | Support Staff Conflicts Analyst II | Administrative Services | N/A | $1,722.50 | 6.50 | N/A | $265.00 | $265.00 | $1,722.50 |
| Kurt J. Wunderlich | Director Mergers/Acquisitions Clearance | Litigation | N/A | $816.00 | 1.20 | N/A | $680.00 | $680.00 | $816.00 |
| Megan Buenviaje | Litigation Support Specialist | Litigation | N/A | $124.00 | 0.40 | N/A | $310.00 | $310.00 | $124.00 |
| Olivia Weyers | Litigation Support Specialist | Litigation | N/A | $140.00 | 0.50 | N/A | $280.00 | $280.00 | $140.00 |
| Toni Anderson | Litigation Support Consultant | Litigation | N/A | $68.00 | 0.20 | N/A | $340.00 | $340.00 | $68.00 |
| Colleen C. Caamano | Senior Litigation Support Specialist | Litigation | N/A | $102.00 | 0.30 | N/A | $340.00 | $340.00 | $102.00 |
| Nancy L. Perkins | Senior Litigation Support Specialist | Litigation | N/A | $510.00 | 1.50 | N/A | $340.00 | $340.00 | $510.00 |
| Antonio Soto | Senior Litigation Support Specialist | Litigation | N/A | $8,058.00 | 23.70 | N/A | $340.00 | $340.00 | $8,058.00 |
| Katelyn Ye | Litigation Support Consultant | Litigation | N/A | $68.00 | 0.20 | N/A | $340.00 | $340.00 | $68.00 |
| Kenneth W. Dyche | Trial Technology Specialist | Litigation | N/A | $4,653.00 | 14.10 | N/A | $330.00 | $330.00 | $4,653.00 |
| Joshua L. Urban | Support Staff | Litigation | N/A | $357.50 | 1.10 | N/A | $325.00 | $325.00 | $357.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Marvin R. Gibbons, Jr. | Trial Technology Consultant | Litigation | N/A | $1,155.00 | 3.50 | N/A | $330.00 | $330.00 | $1,155.00 |
| Will E. Thomas | Trial Technology Consultant | Litigation | N/A | $21,483.00 | 65.10 | N/A | $330.00 | $330.00 | $21,483.00 |
| Library Factual Research | Research Specialist | Administrative Services | N/A | $6,732.00 | 20.40 | N/A | $330.00 | $330.00 | $6,732.00 |
| Library Business Research | Research Specialist | Administrative Services | N/A | $165.00 | 0.50 | N/A | $330.00 | $330.00 | $165.00 |
| Library Document Retrieval | Research Specialist | Administrative Services | N/A | $318.50 | 1.30 | N/A | $245.00 | $245.00 | $318.50 |
| Library Legislative Research | Research Specialist | Administrative Services | N/A | $1,485.00 | 4.50 | N/A | $330.00 | $330.00 | $1,485.00 |
| **Totals for Paraprofessionals** | | | | **$303,206.00** | **$1,025.20** | | | | **$303,206.00** |