## Exhibit G

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Unified Communications Services Inc. | | $1,845.74 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | | $7,054.00 |
| Binding | Internal (Kirkland & Ellis LLP) | | $1.00 |
| Tabs/Indexes/Dividers | Internal (Kirkland & Ellis LLP) | | $24.20 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | $7,185.90 |
| Large Format Copy/Print | Internal (Kirkland & Ellis LLP) | | $0.60 |
| Scanned Images | Internal (Kirkland & Ellis LLP) | | $271.20 |
| File Conversion | Internal (Kirkland & Ellis LLP) | | $85.41 |
| Production Blowbacks | Internal (Kirkland & Ellis LLP) | | $1,673.50 |
| Closing/Mini Books | Internal (Kirkland & Ellis LLP) | | $24.00 |
| Overnight Delivery | Federal Express | | $865.56 |
| Outside Messenger Services | Mach 5 Couriers Inc. | | $903.96 |
| Local Transportation | | | $920.57 |
| Travel Expense | | | $65,349.20 |
| Airfare | | | $70,703.41 |
| Transportation to/from airport | | | $19,229.90 |
| Travel Meals | | | $9,771.24 |
| Car Rental | | | $246.63 |
| Other Travel Expenses | | | $105.11 |
| Court Reporter Fee/Deposition | Judicial Transcribers of Texas LLC | | $7,206.75 |
| Filing Fees | | | $90.00 |
| Calendar/Court Services | | | $75.00 |
| Other Court Costs and Fees | Clerk United States Courts - District Court and Appeals Ninth Circuit | | $263.23 |
| Court Reporter Fee/Trial | | | $2,135.65 |
| Trial Office Expenses | | | $294.90 |
| Outside Computer Services | | | $594.55 |
| Outside Printing Services | | | $6,540.33 |
| Outside Copy/Binding Services | Omnivere LLC | | $28,933.06 |
| Working Meals/K&E Only | | | $162.74 |
| Catering Expenses | | | $37,389.65 |
| Outside Retrieval Service | Courtalert.com Capitol Corporate Services | | $985.86 |
| Overtime Transportation | | | $1,713.67 |
| Overtime Meals | Seamless North America LLC | | $2,426.95 |
| Secretarial Overtime | Internal (Kirkland & Ellis LLP) | | $2,977.48 |
| Document Services Overtime | Internal (Kirkland & Ellis LLP) | | $254.99 |
| Rental Expenses | | | $2,810.07 |
| Electronic Data Storage-Relativity | | | $1,392.92 |
| Miscellaneous Office Expenses | | | $14.20 |
| **Total** | | | **$282,523.13** |