# Exhibit H

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 0007 | Chapter 11 Filing | 0 – 0 | 0.00 | $0.00 – $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | Case Administration | 578 – 722 | 131.10 | $350,000.00 – $437,197.00 | $68,852.50 | $0.00 | $68,852.50 |
| 0009 | Plan, Disclosure Statement, Confirmation | 1,668 – 2,084 | 2,659.20 | $1,500,000.00 – $1,875,000.00 | $2,249,371.50 | $0.00 | $2,249,371.50 |
| 0010 | K&E Fee, Employment Application, Object. | 312 – 390 | 216.50 | $250,000.00 – $312,500.00 | $122,615.50 | $0.00 | $122,615.50 |
| 0011 | Non-K&E Fee, Employment App., Objection | 263 – 329 | 125.50 | $200,000.00 – $250,000.00 | $82,041.00 | $0.00 | $82,041.00 |
| 0012 | SOFAs and Schedules | 387 – 484 | 47.70 | $300,000.00 – $375,000.00 | $25,524.00 | $0.00 | $25,524.00 |
| 0013 | U.S. Trustee Issues | 394 – 493 | 11.30 | $300,000.00 – $375,000.00 | $7,199.00 | $0.00 | $7,199.00 |
| 0014 | Business Operations | 460 – 575 | 84.50 | $350,000.00 – $437,500.00 | $78,827.50 | $0.00 | $78,827.50 |
| 0015 | Corporate and Governance Issues | 639 – 799 | 291.20 | $650,000.00 – $812,500.00 | $275,095.50 | $0.00 | $275,095.50 |
| 0016 | Cash Management | 929 – 1,161 | 0.90 | $750,000.00 – $937,500.00 | $895.50 | $0.00 | $895.50 |
| 0017 | DIP, Cash Collateral, Exit Financing | 889 – 1,111 | 138.70 | $750,000.00 – $937,500.00 | $139,662.50 | $0.00 | $139,662.50 |
| 0018 | Employee Issues | 706 – 883 | 346.20 | $625,000.00 – $781,250.00 | $395,904.00 | $0.00 | $395,904.00 |
| 0019 | Insurance and Related Matters | 306 – 383 | 1.80 | $250,000.00 – $312,500.00 | $1,591.00 | $0.00 | $1,591.00 |
| 0020 | Regulatory Issues | 743 – 929 | 80.70 | $600,000.00 – $750,000.00 | $67,719.00 | $0.00 | $67,719.00 |
| 0021 | Vendor and Supplier Issues | 921 – 1,151 | 40.30 | $650,000.00 – $812,500.00 | $26,468.50 | $0.00 | $26,468.50 |
| 0022 | Utilities | 181 – 227 | 1.30 | $150,000.00 – $187,500.00 | $838.50 | $0.00 | $838.50 |
| 0023 | Creditor Communications | 225 – 290 | 90.40 | $150,000.00 – $193,333.00 | $108,327.50 | $0.00 | $108,327.50 |
| 0024 | Taxes | 186 – 233 | 127.80 | $150,000.00 – $187,500.00 | $140,816.50 | $0.00 | $140,816.50 |
| 0025 | Adversary Proceedings, Contested Matters | 1,840 – 2,700 | 1,826.60 | $1,750,000.00 – $2,567,700.00 | $1,601,240.50 | $0.00 | $1,601,240.50 |
| 0026 | Automatic Stay Matters | 551 – 689 | 17.10 | $500,000.00 – $625,000.00 | $11,511.00 | $0.00 | $11,511.00 |
| 0027 | Avoidance Actions | 386 – 483 | 0.00 | $350,000.00 – 437,500.00 | $0.00 | $0.00 | $0.00 |
| 0028 | Hearings | 538 – 673 | 658.90 | $562,500.00 – $703,125.00 | $509,240.00 | $0.00 | $509,240.00 |
| 0029 | Claims Administration and Objections | 461 – 576 | 208.00 | $400,000.00 – $500,000.00 | $140,339.00 | $0.00 | $140,339.00 |
| 0030 | Executory Contracts and Unexpired Leases | 576 – 720 | 220.70 | $500,000.00 – $625,000.00 | $158,382.00 | $0.00 | $158,382.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 0031 | Use, Sale, or Lease of Property | 852 – 1,065 | 2,735.10 | $750,000.00 – $937,500.00 | $2,093,618.50 | $0.00 | $2,093,618.50 |
| 0032 | Non-Working Travel | 353 – 441 | 271.60 | $312,500.00 – $390,625.00 | $244,237.50 | $0.00 | $244,237.50 |
| 0033 | Expenses | 0.00 | 0.00 | $0.00 – $0.00 | $0.00 | $282,523.13 | $282,523.13 |
| 0034 | Exit Planning | 1,619 – 2,024 | 1,042.10 | $1,500,000.00 – $1,875,000.00 | $1,035,751.50 | $0.00 | $1,035,751.50 |
| **Totals** | | **16,963 – 21,612** | **11,375.20** | **$14,600,000 – $18,635,730** | **$9,586,069.50** | **$282,523.13** | **$9,868,592.63** |