IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> GENON ENERGY, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-33695 (DRJ) <br><br> (Jointly Administered) |

CLAIMANTS' WITNESS LIST AND EXHIBIT LIST
FOR MATTERS SET FOR MARCH 30, 2018

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: GenOn Energy, Inc. (5566); GenOn Americas Generation, LLC (0520); GenOn Americas Procurement, Inc. (8980); GenOn Asset Management, LLC (1966); GenOn Capital Inc. (0053); GenOn Energy Holdings, Inc. (8156); GenOn Energy Management, LLC (1163); GenOn Energy Services, LLC (8220); GenOn Fund 2001 LLC (0936); GenOn Mid-Atlantic Development, LLC (9458); GenOn Power Operating Services MidWest, Inc. (3718); GenOn Special Procurement, Inc. (8316); Hudson Valley Gas Corporation (3279); Mirant Asia-Pacific Ventures, LLC (1770); Mirant Intellectual Asset Management and Marketing, LLC (3248); Mirant International Investments, Inc. (1577); Mirant New York Services, LLC (N/A); Mirant Power Purchase, LLC (8747); Mirant Wrightsville Investments, Inc. (5073); Mirant Wrightsville Management, Inc. (5102); MNA Finance Corp. (8481); NRG Americas, Inc. (2323); NRG Bowline LLC (9347); NRG California North LLC (9965); NRG California South GP LLC (6730); NRG California South LP (7014); NRG Canal LLC (5569); NRG Delta LLC (1669); NRG Florida GP, LLC (6639); NRG Florida LP (1711); NRG Lovett Development I LLC (6327); NRG Lovett LLC (9345); NRG New York LLC (0144); NRG North America LLC (4609); NRG Northeast Generation, Inc. (9817); NRG Northeast Holdings, Inc. (9148); NRG Potrero LLC (1671); NRG Power Generation Assets LLC (6390); NRG Power Generation LLC (6207); NRG Power Midwest GP LLC (6833); NRG Power Midwest LP (1498); NRG Sabine (Delaware), Inc. (7701); NRG Sabine (Texas), Inc. (5452); NRG San Gabriel Power Generation LLC (0370); NRG Tank Farm LLC (5302); NRG Wholesale Generation GP LLC (6495); NRG Wholesale Generation LP (3947); NRG Willow Pass LLC (1987); Orion Power New York GP, Inc. (4975); Orion Power New York LP, LLC (4976); Orion Power New York, L.P. (9521); RRI Energy Broadband, Inc. (5569); RRI Energy Channelview (Delaware) LLC (9717); RRI Energy Channelview (Texas) LLC (5622); RRI Energy Channelview LP (5623); RRI Energy Communications, Inc. (6444); RRI Energy Services Channelview LLC (5620); RRI Energy Services Desert Basin, LLC (5991); RRI Energy Services, LLC (3055); RRI Energy Solutions East, LLC (1978); RRI Energy Trading Exchange, Inc. (2320); and RRI Energy Ventures, Inc. (7091). The Debtors' service address is: 804 Carnegie Center, Princeton, New Jersey 08540.

| Main Case No. 17-33695 | Name of Debtor GenOn Energy, Inc. et al. |
|---|---|
| Adversary No. | Style of Adversary: N/A |
| Witnesses: | |
| Will Call: | May Call: |
| | Rebuttal Witnesses<br>All Witnesses designated by Debtors or any other party |

The Claimants reserve their rights to call any witness listed or called by any other party and any rebuttal witnesses as necessary.

## **EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted | Not Admitted | Disposition |
|---|---|---|---|---|---|---|
| 1 | Exhibit A – attached to Claimants Objection – "Plaintiffs Objections and Responses to Coral Energy Resources, LP's Second Interrogatories to All Plaintiffs" (Docket # 1529-1) | | | | | |

The Claimants reserve the right to supplement or amend this Witness and Exhibit List any time before the hearing.

Dated: March 28, 2018

*Respectfully submitted,*

POLSINELLI PC

 */s/ Trey A. Monsour*
TREY A. MONSOUR      TX Bar No. 14277200
1000 Louisiana Street
Fifty-Third Floor
Houston, Texas 77002
(713) 374-1600
Fax No. (713) 374-1601
tmonsour@polsinelli.com

-and-

2

RUSSELL S. JONES, JR. (*admitted pro hac vice*)
JENNIFER G. BACON (*admitted pro hac vice*)
ANDREW ENNIS (*admitted pro hac vice*)
ANDREW J. NAZAR (*admitted pro hac vice*)
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000
Fax No. (816) 753-1536
rjones@polsinelli.com
jbacon@polsinelli.com
aennis@polsinelli.com
anazar@polsinelli.com
ATTORNEYS FOR THE NATURAL GAS
LITIGATION MIDWEST PLAINTIFFS

-and-

ROBERT L. GEGIOS (*admitted pro hac vice*)
RYAN M. BILLINGS (*admitted pro hac vice*)
SAMUEL C. WISOTZKEY (*admitted pro hac vice*)
KOHNER, MANN & KAILAS, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, Wisconsin 53212
(414) 962-5110
Fax: (414) 962-8725
rgegios@kmksc.com
rbillings@kmksc.com
swisotzkey@kmksc.com

ATTORNEYS FOR THE NATURAL GAS
LITIGATION WISCONSIN PLAINTIFFS