IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GENON ENERGY, INC., *et al.*,[1] | ) Case No. 17-33695 (DRJ) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR TELEPHONIC HEARING ON MATTER SCHEDULED FOR DECEMBER 12, 2018, AT 11:00 A.M. (PREVAILING CENTRAL TIME), BEFORE THE HONORABLE DAVID R. JONES AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 400, 515 RUSK STREET, HOUSTON, TEXAS 77002**

I.   **MATTER GOING FORWARD**

   1.   ***REMA Lease Rejection Motion***  *Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Unexpired Leases Effective Nunc Pro Tunc to the REMA Petition Date, (II) Estimating Related Rejection Damages Claims, and (III) Granting Related Relief* [Docket No. 1909]

   Responses Received:

   A.   *Objection of Jersey Central Power and Light Company and Metropolitan Edison Company to the Debtors' Emergency Motion for Entry of an Order (I) Authorizing Rejection of Certain Unexpired Leases Effective Nunc Pro Tunc to the REMA Petition Date, (II) Estimating Related Rejection Damages Claims, and (III) Granting Related Relief* [Docket No. 1975]

   Related Documents:

   A.   *Agreed Order and Stipulation Concerning the Debtors' Rejection and Estimation of Certain Subleases* [Docket No 1931]

   B.   *Agreed Order and Stipulation Concerning the Debtors' Rejection and Estimation of Certain Subleases* [Docket No. 1951]

   C.   *Agreed Order and Stipulation Concerning the Debtors' Rejection and Estimation of Certain Subleases* [Docket No. 1990]

---

[1] Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted with the lead case styled as *In re GenOn Energy, Inc.*, a complete list of the debtors and the last four digits of their tax identification is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/genon. The location of the Debtors' service address is 1601 Bryan Street, Suite 2200, Dallas, Texas 75201.

**Status:**  This matter is going forward as a telephonic status conference.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Houston, Texas<br>Dated:  December 12, 2018 | /s/ *Zack A. Clement*<br>Zack A. Clement (Texas Bar No. 04361550)<br>**ZACK A. CLEMENT PLLC**<br>3753 Drummond Street<br>Houston, Texas 77025<br>Telephone:    (832) 274-7629<br>Email:             zack.clement@icloud.com<br><br>-and-<br><br>James H.M. Sprayregen, P.C. (admitted *pro hac vice*)<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>W. Benjamin Winger (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:             james.sprayregen@kirkland.com<br>                       david.seligman@kirkland.com<br>                       benjamin.winger@kirkland.com<br><br>-and-<br><br>Steven N. Serajeddini (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:             steven.serajeddini@kirkland.com<br><br>-and-<br><br>AnnElyse Scarlett Gibbons (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>655 Fifteenth Street N.W.<br>Washington, D.C. 20005<br>Telephone:    (202) 879-5000<br>Facsimile:     (202) 879-5200<br>Email:             annelyse.gibbons@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

## Certificate of Service

   I certify that on December 12, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Zack A. Clement*
                  Zack A. Clement